6T

FILED
MAR 1 8 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONDITIONED OCULAR ENHANCEMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | 05 C 845 |
| | ) | Judge Leinenweber |
| | ) | Magistrate Judge Brown |
| MICHAEL BONAVENTURA and JILL BONAVENTURA, | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Brian L. Crowe ("Crowe"), John J. Hagerty ("Hagerty"), Suzanne L. Sias ("Sias"), and Brent R. Walters ("Walters"), attorneys for Plaintiff, Conditioned Ocular Enhancement, Inc. ("COE"), pursuant to Local Rule 83.12, seek leave of this Court to withdraw as counsel for COE, and in support thereof, state as follows:

1. On February 10, 2005, Crowe, Hagerty, Sias and Walters filed an appearance in this case to represent COE in connection with its Complaint for Declaratory Judgment against Defendants.

2. On March 7, 2005 Defendants filed a Motion to Dismiss Plaintiff's Complaint.

3. On March 16, 2005, this Court entered a briefing schedule on Defendants' Motion to Dismiss that allows Plaintiff until April 13, 2005 to file a response.

4. Crowe, Hagerty, Sias and Walters' firm, Shefsky & Froelich Ltd, has an irreconcilable conflict which prohibits them from further representing COE in this action.

5. Therefore, Crowe, Hagerty, Sias and Walters seek to withdraw as counsel for COE and have notified COE of the same.

6. This motion has not been interposed for purposes of delay and no party will suffer any prejudice should this motion be allowed.

WHEREFORE, Brian L. Crowe, Jack Hagerty, Suzanne L. Sias and Brent R. Walters, hereby respectfully requests that this Court allow them to withdraw as counsel of record for Conditioned Ocular Enhancement, Inc., and for such other relief as this Court deems just and appropriate.

Dated: March 18, 2005

Respectfully submitted,

Brian L. Crowe, Jack Hagerty, Suzanne L. Sias
and Brent R. Walters
Counsel for *Plaintiff*

Brian L. Crowe
Jack Hagerty
Suzanne L. Sias
Brent R. Walters
SHEFSKY & FROELICH LTD.
444 Michigan Avenue
Suite 2500
Chicago, Illinois 60611
Tel.: (312) 527-4000
Fax: (312) 527-4011
949229_1